DEFENDANT:      JAMARIUS JONES

<u>AGE/YOB</u>:      **21/1998**

<u>COMPLAINT FILED?</u>      _____ Yes    __X____ No

If Yes, MAGISTRATE CASE NUMBER_____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  __ Yes  __ No
If No, a new warrant is required

<u>OFFENSE(S)</u>:    **Count 1**: 18 USC § 1951 (Robbery Affecting Commerce)
**Count 4**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence

<u>LOCATION OF OFFENSES</u>:    Arapahoe County, CO

<u>PENALTY</u>:    **Count 1**:  NMT 20 years imprisment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.
**Count 4:** NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

<u>AGENT</u>:    William Monahan
Task Force Officer, FBI

<u>AUTHORIZED BY</u>:    Brian Dunn
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less; __x_ over five days

<u>THE GOVERNMENT</u>

 x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.