AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DAVID TAYLOR<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 21-CR-014-PAB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DAVID TAYLOR                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1951: Robbery Affecting Commerce
18 USC § 924(c)(1)(A)(ii): Brandishing a Firearm in Furtherance of a Crime of Violence

Date:   2/2/2021                                             s/*S. Phillips, Deputy Clerk*
                                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                    Jeffrey P. Colwell, Clerk of Court
                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                             _____<br>                                                                                  *Arresting officer's signature*<br><br>                                                                                  _____<br>                                                                                  *Printed name and title* |