IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-0014-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   1. JIMMY GARRISON
   **2. DAVID TAYLOR**
   3. JAMARIUS JONES,

   Defendants.

---

**NOTICE OF APPEARANCE**

---

     COMES NOW, A. Tyrone Glover duly licensed to practice law in the State and District of Colorado, and hereby enters his appearance as counsel on behalf of Defendant in the above-captioned case.

     DATED: June 16, 2021

     Respectfully submitted,

     _/s/ A. Tyrone Glover_
     A. Tyrone Glover
     1543 Champa St., Suite 400
     Denver, CO 80202
     (303) 571-1000 Ph.
     (303) 571-1001 Fx.
     tglover@kln-law.com

     *Attorney for Defendant David Taylor*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and the Court.

*/s/ A.Tyrone Glover*
A. Tyrone Glover