| | |
|---|---|
| DEFENDANT: | DAVID TAYLOR |
| AGE/YOB: | 29/1991 |
| COMPLAINT FILED? | _____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No
　　If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Count 1**: 18 USC § 1951 (Robbery Affecting Commerce) |
| | **Count 3**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence |
| LOCATION OF OFFENSES: | Arapahoe County, CO |
| PENALTY: | **Count 1**: NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution. |
| | **Count 3:** NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | William Monahan<br>Task Force Officer, FBI |
| AUTHORIZED BY: | Brian Dunn<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__ five days or less; __x_ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (2)

The statutory presumption of detention **is** applicable to this defendant.