| | |
|---|---|
| <u>DEFENDANT:</u> | JUSTIN WHITE |
| <u>AGE/YOB</u>: | 35/1986 |
| <u>COMPLAINT FILED?</u> | _____ Yes    \_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   \_\_ Yes    \_\_ No
  If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S):</u> | **Count 1**: 18 USC § 1951 (Robbery Affecting Commerce)<br>**Count 5**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence |
| <u>LOCATION OF OFFENSES:</u> | Arapahoe County, CO |
| <u>PENALTY:</u> | **Count 1**: NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Count 5:** NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| <u>AGENT:</u> | William Monahan<br>Task Force Officer, FBI |
| <u>AUTHORIZED BY:</u> | Brian Dunn<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_ five days or less;  \_\_x\_ over five days

<u>THE GOVERNMENT</u>

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (2)

The statutory presumption of detention **is** applicable to this defendant.