# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. DAVID TAYLOR**,

    Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

---

Tyrone Glover, counsel for David Taylor, hereby provides a notice of address, telephone number, and email change effective immediately:

> Tyrone Glover
> TYRONE GLOVER LAW, LLC
> 1600 Stout Street, Suite 1400
> Denver, Colorado 80202
> Phone: 303-577-1655
> Fax: 303-446-9400
> Tyrone@tyroneglover.com

DATED: February 1, 2022.

> */s/ Tyrone Glover*
> Tyrone Glover
> TYRONE GLOVER LAW, LLC
> 1600 Stout Street, Suite 1400
> Denver, Colorado 80202
> Phone: 303-577-1655
> Fax: 303-446-9400
> Tyrone@tyroneglover.com
> *Counsel for Defendant David Taylor*

## CERTIFICATE OF SERVICE

I certify that on February 1, 2022, I filed the foregoing *Notice of Change of Address* via the CM/ECF system, which will send notice to the parties of record.

*s/ Crystal Hendry*
Crystal Hendry