## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00014-PAB-2

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. DAVID TAYLOR**

    Defendant.

## NOTICE OF DISPOSITION

COMES NOW, Defendant David Taylor, through counsel, hereby gives notice that he and the Government have reached a disposition in this case. Mr. Taylor accordingly requests that this matter be set for a Change of Plea hearing and that the trial and all related settings and deadlines be vacated.

DATED: June 6, 2022

                                              Respectfully submitted,

                                              /s/ A. Tyrone Glover
                                              Tyrone Glover
                                              1600 Stout Street
                                              Suite 1400
                                              Denver, CO 80202

                                              *Attorney for David Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and the Court.

 <u>/s/ Tyrone Glover</u><br>
Tyrone Glover