IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00014-PAB-2

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. DAVID TAYLOR**

    Defendant.

---

**DEFENDANT DAVID TAYLOR'S RESPONSE TO DEFENDANT JUSTIN WHITE'S UNOPPOSED MOTION TO CONTINUE DUE TO ENDS OF JUSTICE [Doc. 90]**

---

    COMES NOW, Defendant David Taylor, through counsel, who does not oppose Defendant Justin White's Motion for an Ends of Justice Continuance and Extension of Deadline to File Pretrial Motions, Motion Hearing and Trial Pursuant to 18 U.S.C. § 3161(h)(1) and (7)(A) [Doc. 90] and the relief requested.

    DATED: June 6, 2022

    Respectfully submitted,

    /s/ A. Tyrone Glover
Tyrone Glover
1600 Stout Street
Suite 1400
Denver, CO 80202

*Attorney for David Taylor*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically filed the foregoing **RESPONSE TO DEFENDANT JUSTIN WHITE'S UNOPPOSED MOTION TO CONTINUE DUE TO ENDS OF JUSTICE [Doc. 90]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and the Court.

 /s/ Tyrone Glover
Tyrone Glover