IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 21-cr-00014-PAB
Courtroom Deputy: Sabrina Grimm

Date: June 17, 2022
Court Reporter: Kevin Carlin

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2.  DAVID TAYLOR,

   Defendant.

*Counsel:*

Albert Buchman

Tyrone Glover

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**2:36 p.m.**    **Court in session.**

Appearances of counsel. Defendant present in custody.

The Plea Agreement (Court Exhibit 1), Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2), and Court Exhibit 3 are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 3 of the Superseding Indictment and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:**   **The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:**   **Court Exhibits 1, 2, and 3 are admitted.**

2

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for September 16, 2022 at 1:30 p.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**3:06 p.m.** Court in recess.

Hearing concluded.
Total time in court:   00:30