IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00014-PAB-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     DAVID TAYLOR,

        Defendant.
_____

### PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 120] pursuant to Fed. R. Crim. P. 32.2(b)(2).  The Court, having read said motion and being fully advised in the premises, finds:

THAT, on January 18, 2022, a superseding indictment was filed charging defendant David Taylor in Count One with interference with commerce by threats or violence and aiding and abetting, in violation of 18 U.S.C. § 1951(a) and 2, and in Count Three with possession and brandishing in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii);

THAT the superseding indictment also sought forfeiture from defendant David Taylor, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2641, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

THAT, on June 17, 2022, the United States and defendant David Taylor entered into a plea agreement which provides that defendant will plead guilty to Count Three.  It

1

also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2641, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(b).

THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant David Taylor in the amount of $359,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to defendant David Taylor at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

DATED August 26, 2022.

BY THE COURT:

_____
PHILLIP A. BRIMMER
Chief United States District Judge