# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00014-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    DAVID TAYLOR

    Defendant.

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

The United States of America, by and through Assistant United States Attorney Brian Dunn, respectfully moves to restrict CM/ECF Document 122, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion at CM/ECF Document 123.

The United States respectfully requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, and the brief filed in support of this motion accessible "to the parties and the court."

Dated this 30th day of August, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

2

By: *s/Brian Dunn*
BRIAN DUNN
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Brian.dunn@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all email addresses of record.
.

By: _s/Brian Dunn_
BRIAN DUNN
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Brian.dunn@usdoj.gov
Attorney for the United States