IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DAVID TAYLOR,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the United States' Motion to Restrict Document [Docket No. 124]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that United States' Motion to Restrict Document [Docket No. 124] is granted. It is further

**ORDERED** that Docket Nos. 122 and 123 shall be restricted under restriction level 3 until further order of this Court.

DATED September 9, 2022.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                Chief United States District Judge