IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    DAVID TAYLOR

    Defendants.

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

The United States of America, by and through Assistant United States Attorney Brian Dunn, respectfully moves to restrict CM/ECF Document 162, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion at CM/ECF Document 162. The United States respectfully requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, and the brief filed in support of this motion accessible "to the parties and the court."

Respectfully submitted this 28th day of November, 2022.

COLE FINEGAN
United States Attorney

*s/ Brian Dunn*
BRIAN DUNN
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
FAX: (303) 454-0403
Email: brian.dunn@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I electronically filed this MOTION TO RESTRICT DOCUMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/Brian Dunn*
BRIAN DUNN
Assistant United States Attorney