IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DAVID TAYLOR,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the United States' Motion to Restrict Document [Docket No. 164]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the United States' Motion to Restrict Document [Docket No. 164] is granted. It is further

**ORDERED** that Docket Nos. 162 and 163 shall be restricted under restriction level 2 until further order of this Court.

DATED December 5, 2022.

                                        BY THE COURT:

                                        PHILIP A. BRIMMER
                                        Chief United States District Judge